Allan Cate (SBN: 248526)
**CATE LEGAL GROUP**
888 Prospect Street, Suite 200
La Jolla, CA 92037
Tel: (858) 224-5865
Fax: (858) 228-9885
allan@acatelaw.com

Attorney for Debtor,
Merlinda Matszewski

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>Merlinda Matszewski,<br><br>    Debtor. | Case No. 19-00067-LT13<br><br>**DEBTOR'S STATEMENT REGARDING WELLS FARGO BANK'S OBJECTION TO CHAPTER 13 PLAN**<br><br>Hearing on Ch. 13 Plan Objection:<br>Date:    April 2, 2019<br>Time:    2:00 p.m.<br>Dept.:    3 (Room 129) |

Debtor Merlinda Matsezewski ("Debtor") hereby submits this statement pertaining to Wells Fargo Bank's Objection to Chapter 13 Plan.

Debtor has amended her operative plan, to address the Wells Fargo Bank's understated arrears, and will seek to resolve the matter before hearing.

Dated: March 26, 2019

Respectfully submitted,
**CATE LEGAL GROUP**

*/s/ Allan Cate*
_____
Allan Cate, Attorney for Debtor
Merlinda Matszewski

**1**

**STATEMENT**

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March 2019, I checked the court's CM/ECF electronic mailing list, and a copy of the foregoing: **DEBTOR'S STATEMENT REGARDING WELLS FARGO BANK'S OBJECTION TO CHAPTER 13 PLAN** will be sent via electronic mail, pursuant to the regular CM/ECF electronic noticing procedures:

Thomas H. Billingslea
Billingslea@thb.coxatwork.com

Kathleen A. Cashman-Kramer on behalf of Trustee Thomas H. Billingslea
billingslea@thb.coxatwork.com, kathylaw@san.rr.com

Allan Cate on behalf of Debtor Merlinda Matuszewski
allan@acatelaw.com

Dane W. Exnowski on behalf of Creditor WELLS FARGO BANK, N.A.
Bk.CA@mccalla.com, BK.CA@buckleymadole.com,Dane.Exnowski@McCalla.com

United States Trustee
ustp.region15@usdoj.gov

Jennifer H. Wang on behalf of Creditor Santander Consumer USA Inc.
jwang@cookseylaw.com, jwang@ecf.courtdrive.com


Dated: March 26, 2019                    */s/ Allan Cate*

                                         Allan Cate
                                         888 Prospect St., Suite 200
                                         La Jolla, CA 92037
                                         (858) 224-5865; Fax: (858) 228-9885